ACCEPTED
03-14-00683-CR
3834665
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 4:51:08 PM
JEFFREY D. KYLE
CLERK

IN THE
COURT OF APPEALS
OF TEXAS
THIRD SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 4:51:08 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **EX PARTE** | X | |
| **TAMMY MARIE YBARRA** | X | |
| Appellant | X | No. 3-14-00683-CR |
| | X | 3-14-00684-CR |
| VS. | X | 3-14-00685-CR |
| | X | 3-14-00686-CR |
| **THE STATE OF TEXAS**, | X | 3-14-00687-CR |
| Appellee | X | |

## MOTION TO DISMISS FOR MOOTNESS

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the State of Texas, by and through the Criminal District Attorney of Caldwell County, Texas, and files this Motion to Dismiss for Mootness, and with respect thereto would show unto the Court the following:

I.

Appellant, Tammy Marie Ybarra, was sentenced to serve time in the Caldwell County Jail in multiple causes. Through counsel retained after her sentencing, Appellant objected to the trial judge's order that she remain in jail until her fines and court costs were discharged in full. The trial judge declined to rule on this motion and Appellant appealed to this Court, alleging for the first time that her prior motion was an application for a writ of habeas corpus. This Court has ordered briefing on the issue of whether the trial judge erred in declining to rule on Appellant's motion and not issuing a writ of habeas corpus.

II.

This case is moot because Appellant was unconditionally released from custody on December 23, 2014.  *See* Attachment A.  The Texas habeas corpus statute extends relief to individuals that are in custody or under restraint.  *See* TEX. CRIM. PROC. CODE art. 11.01 (West 2014).  A criminal case is moot if it is shown that there is no possibility that any collateral legal consequences will be imposed on the basis of the challenged conviction.  *Ex parte Ormsby*, 676 S.W.2d 130, 131 (Tex. Crim. App. 1984).

III.

Here, Appellant has not challenged her underlying convictions.  She has only challenged the trial judge's order that she remain in jail until all fines and costs have been discharged in full.  Appellant was discharged from jail on December 23, 2014, and therefore has already received the relief sought from this Court.  Furthermore, there is no possibility that collateral legal consequences will be imposed on the sole basis of her continued confinement for fines and costs.  As a result, this case is moot and should be dismissed.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Motion to Dismiss be in all things heard and granted and that the Court dismiss this cause as moot.

Respectfully submitted,

FRED H. WEBER
CRIMINAL DISTRICT ATTORNEY
CALDWELL COUNTY, TEXAS
P. O. BOX 869
LOCKHART, TEXAS 78644
(512) 398-1811
FAX (512) 398-1814


By: /s/ Benjamin A. Gillis
    BENJAMIN A. GILLIS
    ASST. DISTRICT ATTORNEY
    STATE BAR NO. 24081437
    ben.gillis@co.caldwell.tx.us

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion was mailed by electronic mail transmission to Richard Banks, Attorney for the Appellant, at rebbanks@swbell.net, on this the 20th day of January, 2015.  Mr. Banks indicated to the undersigned Assistant District Attorney that email is his preferred method of receiving documents filed with the Court.


By: /s/ Benjamin A. Gillis
     BENJAMIN A. GILLIS
     ASST. DISTRICT ATTORNEY

SID Number : 04257724
WCSO 00043429
DL # : 14698379    State : TX

BAG :
CELL : W8

Name : YBARRA, TAMMY MARIE                                AKA
Date / Time : May 24 2014 10:15PM
Booking Officer
DOB : 12/26/1970    Age : 43    Race : WHITE    Sex : F    Height 5.5    Weight : 140.0
Eyes : BROWN    Hair : BROWN    SSN 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
Street Address : 214 HICKORY ST
City : LULING    State : TX    Zip : 78648    Phone (830) 875-6400
Marital Status : MARRIED    POB TEXAS    Employer : UMEMPLOYED
Emergency Notification STATON, CATHY    Phone (830) 875-6400
Address : 500 S HACKBERRY APT 11

Scars or Tattoos : TAT NECK; TAT CHEST; TAT L LEG; TAT R LEG; TAT L ARM; TAT R ARM

Place of Arrest : 2700 WEST PIERCE STREET LULING TEXAS
Arresting Officer / Agency : J NICKELL    Transporting Officer / Agency
Searched By :

Warrant Number : 44176    County / Location <None>
Offense : EVADING ARREST DETENTION
Bond Amount 0.00    Magistrate : JD COGGINS
Disposition SENTENCED    Disposition Date : 07/08/2014
Warrant Number :    County / Location
Offense : PUBLIC INTOXICATION W/3 PRIOR CONVICTIONS
Bond Amount 500.00    Magistrate : JD COGGINS
Disposition PENDING    Disposition Date : N/A
Warrant Number : 42930    County / Location CALDWELL CO SO LOCKHART
Offense : MRP-CRIMINAL TRESPASS HABIT/SUPERFUND/INFRASTRUCTION
Bond Amount 0.00    Magistrate : JD COGGINS
Disposition SENTENCED    Disposition Date : 06/25/2014
Warrant Number : 42741    County / Location CALDWELL CO SO LOCKHART
Offense : MRP-CRIMINAL TRESPASS
Bond Amount 0.00    Magistrate : JD COGGINS
Disposition SENTENCED    Disposition Date : 06/25/2014
Warrant Number : 43238    County / Location CALDWELL CO SO LOCKHART
Offense : DRIVING WHILE INTOXICATED
Bond Amount 0.00    Magistrate : JD COGGINS
Disposition SENTENCED    Disposition Date : 06/25/2014
Warrant Number : 43890 CT 1-4    County / Location <None>
Offense : POSS DANGEROUS DRUG
Bond Amount 0.00    Magistrate :
Disposition SENTENCED    Disposition Date : 06/25/2014

Warrant Number : 44176 County / Location &lt;None&gt;

Offense : EVADING ARREST DETENTION

Bond Amount 0.00 Magistrate:

Dispostion SENTENCED Disposition Date: 07/08/2014

VEHICLE NO HOLD PLACED :

WHERE

COIOR : YEAR 0 MAKE MODEL

LIC # : STATE : TX

HOW TIME SERVED/PD FINES

SERVED Yrs: 0 Dys: 0 Hrs: 0 RELEASING JULIAN RAMIREZ

RELEASED DATE / TIME : Dec 23 2014 9:02PM

RELEASE INFORMATION : SERVED REMAINDER OF TIME AND PAID FINES IN THE AMOUNT OF $432.92

PRISONER SIGNATURE IN : _____

PRISONER SIGNATURE OUT: _____

INMATES INMATES BONDSMAN :

INMATES RELEASED PAID FINES/TIME SERVED AGENCY

DATE / TIME OF RELEASE : Dec 23 2014 9:02PM